# United States District Court

FILED

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA** 2: 50
**CRIMINAL DIVISION** AUG - 1 PM 2: 50

VENUE: SAN FRANCISCO W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

**CR 06** v. **0538** **SI**

DWIGHT GILCHRIST.

DEFENDANT.

---

# INDICTMENT

18 U.S.C. § 1344(1) and (2) - Bank Fraud;
18 U.S.C. § 656 Embezzlement

---

A true bill.

_____
Foreman

Filed in open court this 1st day of
August 2006

_____
KAREN L. Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ *no bail amount* warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

--- OFFENSE CHARGED ---

18 U.S.C. Sec. 1344(1) & (2) -- Bank Fraud
18 U.S.C. Sec. 656 -- Embezzlement

☐ Petty
☐ Minor
☐ Misde-
   meanor
☐ Felony

PENALTY:

max. penalty for both charges: 30 years imprisonment;
$1,000,000 fine; 5 years supervised release; $100 special
assessment

--- PROCEEDING ---

Name of Complainant Agency, or Person (&Title, if any)

FBI

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM    KEVIN V. RYAN

☐ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    AUSA Stacey Geis

--- Name of District Court, and/or Judge/Magistrate Location ---

NORTHERN DISTRICT OF CALIFORNIA

FILED

--- DEFENDANT - U.S. ---

05 AUG -1 PM 2:50

Dwight Gilchrist RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

# CR 06 0538 SI

--- DEFENDANT ---

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
   charges                          } ☐ Fed'l ☐ State

   If answer to (6) is "Yes", show name of institution

Has detainer
been filed?   ☐ Yes   If "Yes"
              ☐ No    give date
                      filed

DATE OF
ARREST ▶                Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶      Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  KEVIN V. RYAN (CASBN 118321)                **FILED**
   United States Attorney
2                                               05 AUG -1  PM 2: 50

3                                               RICHARD W. WIEKING
                                                CLERK. U.S. DISTRICT COURT
4                                               NORTHERN DISTRICT OF CALIFORNIA



5

6

7                 UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA         ) CR       06      0538      SI

12          Plaintiff,               ) VIOLATIONS:
                                      ) 18 U.S.C. § 1344(1) & (2) – Bank Fraud;
13     v.                            ) 18 U.S.C. § 656 – Embezzlement of Bank
                                      ) Funds
14  DWIGHT GILCHRIST, aka Michael    )
    Colston, David Bangsberg, and Bruce )
15  Gilchrist,                        )
                                      ) SAN FRANCISCO VENUE
16          Defendant.               )
                                      )
17  _____ )

18                        INDICTMENT

19  The Grand Jury charges:

20                        INTRODUCTION

21      At all times relevant to this information:

22      1.      Wells Fargo Bank N.A.("Wells Fargo Bank"), was a financial institution,

23  within the meaning of 18 U.S.C. § 20, the deposits of which were insured by the Federal

24  Deposit Insurance Corporation.

25      2.      Defendant Dwight Gilchrist ("GILCHRIST"), also known as Michael

26  Colston, David Bangsberg, and Bruce Gilchrist, resided at 5000 Scotia Avenue, Oakland,

27  California and 2697 Fisher Avenue, Oakland, California.  He worked at Wells Fargo

28  Bank as a collector in the Overdraft Collections Unit.

INDICTMENT                            1



1

## THE SCHEME TO DEFRAUD WELLS FARGO BANK

2      3.     Between, in or about March 1998 and December 2001, both dates being
3   approximate and inclusive, in the Northern District of California and elsewhere, the
4   defendant,

5

DWIGHT GILCHRIST,
aka Michael Colston, David Bangsberg, and Bruce Gilchrist,

6

7   did knowingly and intentionally execute and attempt to execute a material scheme and
8   artifice to defraud a financial institution, specifically, Wells Fargo Bank, and to obtain
9   monies and funds owned by and under the custody and control of a financial institution,
10  by means of materially false and fraudulent pretenses, representations, and promises, well
11  knowing that the pretenses, representations, and promises were materially false when
12  made.

13     A.     The Scheme to Embezzle Funds from Wells Fargo Bank

14     4.     It was part of the scheme to defraud that GILCHRIST, using the fictitious
15  name Michael Colston, an identity he created by using the social security number of
16  another person, applied for and received a job working in the Overdraft Collections Unit
17  at Wells Fargo Bank.  Between on or about March 17, 1998, and March 23, 1998,
18  GILCHRIST added the name "Dwight Gilchrist" as an authorized account holder to at
19  least fourteen (14) Wells Fargo Bank accounts using the Wells Fargo Bank computer
20  system and Michael Colston's log-on identification code.

21     5.     In or around March 1998, GILCHRIST, visited several Wells Fargo Bank
22  branch offices and withdrew money from nine of the fourteen accounts by presenting
23  identification showing that GILCHRIST was "Dwight Gilchrist" – an authorized account
24  holder for the various accounts.

25     6.     Through this scheme, GILCHRIST defrauded Wells Fargo Bank of
26  approximately $13,000.

27  ///

28  ///

INDICTMENT                                    2

1

B. The Check Kiting Scheme

2

7. It was also part of the scheme that GILCHRIST, when he was no longer an

3 employee at Wells Fargo Bank, used his own name, along with two fictitious names

4 "Bruce Gilchrist" and "David Daryl Bangsberg" – to open numerous bank accounts at

5 Wells Fargo Bank. GILCHRIST created the two fake identities by using the Social

6 Security numbers of other persons.

7 8. It was further part of the scheme that GILCHRIST made material

8 misrepresentations to Wells Fargo Bank by creating checks from non-existent and closed

9 accounts, forging the signatures of real persons whom he did not know onto these checks,

10 and then presenting these fraudulent checks to Wells Fargo Bank for deposit.

11 GILCHRIST deposited the fraudulent checks knowing that the checks would be returned

12 because the bank accounts on which they were drawn either did not exist or were closed.

13 GILCHRIST further knew that the signatures on the checks, which were presented to

14 Wells Fargo Bank, were forged, and/or the endorsement was forged.

15 9. Within one to two days of depositing the fraudulent checks, GILCHRIST

16 withdrew large amounts of money from the various Wells Fargo Bank accounts. Doing

17 so left Wells Fargo Bank with inadequate time to process, and ultimately reject, the

18 fraudulent checks. At the time he made the withdrawals, GILCHRIST knew that the

19 Wells Fargo Bank account from which he made the withdrawals did not have adequate

20 funds.

21 10. GILCHRIST defrauded Wells Fargo Bank of approximately $130,000 by

22 employing this scheme, which included, but was not limited to, conducting the following

23 fraudulent transactions:

24 a. On October 4, 1999, GILCHRIST opened Wells Fargo Bank account

25 number 6013-423496 using the name of "Dwight Gilchrist". Between

26 February 28 and February 29, 2000, GILCHRIST deposited two forged

27 checks, totaling approximately $16,600.00. On February 29, 2000,

28 GILCHRIST withdrew $8,000 from the account. At the time of the

INDICTMENT 3

withdrawal, GILCHRIST knew that the account did not have sufficient funds to cover the withdrawal. The two deposited checks were subsequently returned by Wells Fargo Bank based on non-existent or closed accounts.

b. On October 4, 1999, GILCHRIST opened Wells Fargo Bank account number 0047-021753 using the name "Dwight Gilchrist." Between February 28 and February 29, 2000, GILCHRIST deposited two forged checks, totaling approximately $16,400.00. On February 28 and February 29, 2000, GILCHRIST withdrew $17,000 from the account. At the time of the withdrawal, GILCHRIST knew that the account did not have sufficient funds to cover the withdrawals. The deposited checks were subsequently returned by Wells Fargo Bank based on closed accounts.

c. On September 28, 1999 GILCHRIST opened Wells Fargo Bank account number 0592-768253 using the name "David Daryl Bangsberg." On November 21, 2000, GILCHRIST deposited three forged checks, totaling approximately $5,800.00. On November 24, 2000, GILCHRIST withdrew approximately $5,900 from the account. At the time of the withdrawal, GILCHRIST knew that the account did not have sufficient funds to cover the withdrawal. The deposited checks were subsequently returned by Wells Fargo Bank based on non-existent or unidentifiable accounts.

d. On November 17, 2000, GILCHRIST opened Wells Fargo Bank account number 0117-927335 using the name "David Daryl Bangsberg." On November 21, 2000, GILCHRIST deposited twelve checks, eleven of which contained forged signatures, and one of which contained a forged endorsement, totaling approximately $19,500.00. Between November 21 and November 22, 2000, GILCHRIST withdrew approximately $19,400 from the account. At the time of the withdrawal, GILCHRIST knew that the account did not have sufficient funds to cover the withdrawals. The

INDICTMENT 4

1  deposited checks were subsequently returned by Wells Fargo Bank based on
2  non-existent or unidentifiable accounts.

3  e.  On October 8, 1999, GILCHRIST opened Wells Fargo Bank account
4      number 0087-065835, using the name "Bruce Gilchrist." Between May 14
5      and May 17, 2001, GILCHRIST deposited five forged checks, totaling
6      approximately $22,000.00. Between May 15 and May 17, 2001,
7      GILCHRIST withdrew approximately $15,000 from the account. At the
8      time of the withdrawal, GILCHRIST knew that the account did not have
9      sufficient funds to cover the withdrawals. The deposited checks were
10     subsequently returned by Wells Fargo Bank based on non-existent or
11     unidentifiable accounts.

12  f.  On March 19, 2001 GILCHRIST opened Wells Fargo Bank account
13      number 2017-649096, using the name "Bruce Gilchrist." Between May 14
14      and May 17, 2001, GILCHRIST deposited five forged checks, totaling
15      approximately $22,000.00. Between May 15 and May 17, 2001,
16      GILCHRIST withdrew approximately $12,000 from the account. At the
17      time of the withdrawal, GILCHRIST knew that the account did not have
18      sufficient funds to cover the withdrawals. The deposited checks were
19      subsequently returned by Wells Fargo Bank based on non-existent or
20      unidentifiable accounts.

21  g.  On March 19, 2001 GILCHRIST opened Wells Fargo Bank account
22      number 2015-976285, using the name "Bruce Gilchrist." Between May 14
23      and May 17, 2001, GILCHRIST deposited five forged checks, totaling
24      approximately $26,000.00. Between May 15 and May 17, 2001,
25      GILCHRIST withdrew approximately $12,800 from the account. At the
26      time of the withdrawal, GILCHRIST knew that the account did not have
27      sufficient funds to cover the withdrawals. The deposited checks were
28      subsequently returned by Wells Fargo Bank based on closed, non-existent,

INDICTMENT                                    5

1    unidentifiable accounts, or for insufficient funds.

2    h.    On March 29, 2001 GILCHRIST opened Wells Fargo Bank account
3          number 2017-969429, using the name "Bruce Gilchrist."  Between May 14
4          and May 17, 2001, GILCHRIST deposited five forged checks, totaling
5          approximately $26,000.00.  Between May 15 and May 17, 2001,
6          GILCHRIST withdrew approximately $15,000 from the account.  At the
7          time of the withdrawal, GILCHRIST knew that the account did not have
8          sufficient funds to cover the withdrawals.  The deposited checks were
9          subsequently returned by Wells Fargo Bank based on non-existent or
10         unidentifiable accounts.

11   COUNTS ONE THROUGH TEN: (18 U.S.C. § 656 – Embezzlement)

12   11.   Paragraphs 1 through 10 are realleged as if fully set forth herein.

13   12.   On or about the following dates, in the Northern District of California and
14   elsewhere, the defendant,

15                          DWIGHT GILCHRIST,
           aka Michael Colston, David Bangsberg, and Bruce Gilchrist,
16

17   being an employee of Wells Fargo Bank, an insured bank, did knowingly embezzle,
18   abstract, purloin, and willfully misapply monies, funds and assets belonging to and
19   entrusted to the custody and care of said bank, in excess of $1000, as set forth below:

| Count | Approx. Date | Amounts Withdrawn | From Wells Fargo Account No. | To |
|---|---|---|---|---|
| ONE | March 18, 1998 | $750.00 | 6841-656168 | Dwight Gilchrist |
| TWO | March 20, 1998 | $800.00 | 0290-967009 | Dwight Gilchrist |
| THREE | March 21, 1998 | $900.00 | 0072-379167 | Dwight Gilchrist |
| FOUR | March 21, 1998 | $900.00 | 0290-967009 | Dwight Gilchrist |
| FIVE | March 21, 1998 | $900.00 | 6107-491235 | Dwight Gilchrist |
| SIX | March 21, 1998 | $1,000.00 | 0285-721809 | Dwight Gilchrist |

INDICTMENT                6

| Count | Approx. Date | Amounts Withdrawn | From Wells Fargo Account No. | To |
|-------|-------------|-------------------|------------------------------|-----|
| SEVEN | March 21, 1998 | $1,850.00 | 0728-974544 | Dwight Gilchrist |
| EIGHT | March 23, 1998 | $2,000.00 | 0290-967009 | Dwight Gilchrist |
| NINE | March 23, 1998 | $2,000.00 | 0072-379167 | Dwight Gilchrist |
| TEN | March 23, 1998 | $2,000.00 | 6107-491235 | Dwight Gilchrist |

All in violation of Title 18, United States Code, Section 656.

COUNTS ELEVEN THROUGH EIGHTEEN: 18 U.S.C. § 1344(1) & (2) (Bank Fraud)

12. Paragraphs 1 through 10 are realleged as if fully set forth herein.

13. Between in or around February 2000 and June 2001, in the Northern District of California and elsewhere, for the purpose of executing a material scheme to defraud Wells Fargo Bank, and to obtain monies and funds owned by and under the custody and care of said bank, the defendant,

DWIGHT GILCHRIST,
aka Michael Colston, David Bangsberg, and Bruce Gilchrist,

did cause the following transactions to occur:

| Count | Wells Fargo Account No. | Date of Withdrawal | Amount Withdrawn |
|-------|------------------------|--------------------|------------------|
| ELEVEN | 6013-423496 | February 29, 2000 | $8,000.00 |
| TWELVE | 0047-021753 | February 28, 2000 | $8,750.00 |
| THIRTEEN | 0117-927335 | November 22, 2000 | $9,500.00 |
| FOURTEEN | 0592-768253 | November 24, 2000 | $5,900.00 |
| FIFTEEN | 2017-649096 | May 15, 2001 | $5,000.00 |
| SIXTEEN | 2015-976285 | May 15, 2001 | $5,000.00 |
| SEVENTEEN | 2017-969429 | May 15, 2001 | $5,000.00 |
| EIGHTEEN | 0087-065835 | May 15, 2001 | $5,000.00 |

INDICTMENT 7

1    All in violation of Title 18, United States Code, Section 1344.

2

3

4    DATED:                                            A TRUE BILL.

5
       8 | 1 | 06                                         FANCCOU
6                                                        FOREPERSON

7

8    KEVIN V. RYAN
     United States Attorney
9

10
     MARK L. KROTOSKI
11   Chief, Criminal Division

12

13   (Approved as to form: _____
                             AUSA GEIS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     INDICTMENT                                    8