KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

STACEY P. GEIS (CSBN 181444)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7126
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0538 SI |
|     Plaintiff, ) | |
|   v. ) | STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME |
| DWIGHT GILCHRIST, ) | |
|     Defendant. ) | |

    With the agreement of the parties in open court on August 11, 2006 and with the consent of the defendant Dwight Gilchrist ("defendant"), the Court enters this order (1) setting the next court appearance for August 17, 2006 at 9:30 a.m. in front of this Court for identification of counsel; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 11, 2006 to August 17, 2006. The parties agree, and the Court finds and holds, as follows:

///

///

///

[~~PROPOSED~~] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06 0538 SI]]

1. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until August 17, 2006 for identification of counsel is necessary for effective preparation of counsel and for continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from August 11, 2006 to August 17, 2006 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

2. Accordingly, and with the consent of the defendant, the Court (1) orders the next appearance in front of this Court on August 17, 2006 at 9:30 a.m. for identification of counsel; and (2) orders that the period from August 11, 2006 to August 17, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 8/17/06     /S/ Steven Kalar
Steven Kalar, Federal Public Defender
Attorney for Dwight Gilchrist (specially appearing)

DATED: 8/10/06     /S/ Stacey P. Geis
Stacey P. Geis
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: August 18, 2006



The Honorable Joseph C. Spero
United States Magistrate Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06 0538 SI]     -2-