1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  STACEY P. GEIS (CSBN 181444)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7126
7     Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,      )     No.  CR 06-0538 SI
                                    )
15        Plaintiff,                )
                                    )
16     v.                           )     STIPULATION AND [PROPOSED]
                                    )     ORDER TO CONTINUE INITIAL
17  DWIGHT GILCHRIST,               )     APPEARANCE
                                    )
18        Defendant.                )
                                    )
19  _____)

20       With the agreement of the parties and with the consent of the defendant Dwight

21  Gilchrist ("defendant"), the parties request that this Court continue the defendant's initial

22  appearance before the District Court judge to September 15, 2006 at 11:00 a.m.

23  Defendant was arraigned in front of Magistrate Judge Joseph Spero on August 8, 2006.

24  He was released on an unsecured bond, and granted additional time to retain counsel.  On

25  August 17, 2006, defendant appeared again in front of Judge Spero for identity of

26  counsel.   At that time, the parties requested an initial appearance in front of this Court for

27  September 15 or September 8, based on the government's availability.  Judge Spero set

28  the initial appearance in front of this Court for the next available date, which was

[PROPOSED] ORDER RE CONTINUANCE OF INITIAL APPEARANCE
[CR 06 0538 SI]]

1  September 1, 2006.

2      The parties respectfully request that the Court continue the defendant's initial

3  appearance to Friday, September 15, 2006 at 11:00 a.m.  The government's availability is

4  limited on September 8 due to family obligations.  If necessary, the government could be

5  available on September 8, but would request a continuance to September 15 if possible.

6  Defendant's attorney is available both September 8 and September 15.   The government

7  will be producing discovery in the interim.

8

9      Accordingly, and with the consent of the defendant, the Court orders the defendant to

10  appear in front of this Court on September 15, 2006 at 11:00 a.m for an initial

11  appearance.

12

13  IT IS SO STIPULATED.

14
    DATED: August 28, 2006            /S/ Mark Vermeulen
15                                     Mark Vermeulen, Esq.
                                       Attorney for Dwight Gilchrist
16

17  DATED: August 28, 2006            /S/ Stacey P. Geis
                                       Stacey P. Geis
18                                     Assistant U.S. Attorney

19
    IT IS SO ORDERED.
20

21

    DATED:_____    _____
22                                     The Honorable Susan Illston
                                       United States District Judge
23

24

25

26

27

28

[PROPOSED] ORDER RE CONTINUANCE OF INITIAL APPEARANCE
[CR 06 0538 SI]]                              -2-