KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

STACEY P. GEIS (CSBN 181444)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7126
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0538 SI |
|    Plaintiff, ) | |
|   v. ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| DWIGHT GILCHRIST, ) | |
|    Defendant. ) | |

     With the agreement of the parties in open court on August 17, 2006 and with the consent of the defendant Dwight Gilchrist ("defendant"), the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 11, 2006 to September 22, 2006, when the parties have an initial appearance in front of District Judge Susan Illston. The parties agree, and the Court finds and holds, as follows:

///

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06 0538 SI]]

1. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until September 22, 2006 is necessary for effective preparation of counsel and for continuity of counsel. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from August 17, 2006 to September 22, 2006 outweigh the best interest of the public and the defendant in a speedy trial. <u>Id.</u> § 3161(h)(8)(A).

2. Accordingly, and with the consent of the defendant, the Court orders that the period from August 17, 2006 to September 22, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED:_____  /S/
_____
Mark Vermeulen
Attorney for Dwight Gilchrist

DATED: _____  /S/
_____
Stacey P. Geis
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: September 26, 2006

_____
The Honorable Joseph C. Spero
United States Magistrate Judge

[~~PROPOSED~~] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06 0538 SI]     -2-