```
1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  STACEY P. GEIS (CSBN 181444)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7126
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0538 SI |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING |
| DWIGHT GILCHRIST, ) | EXCLUSION OF TIME |
| Defendant. ) | |

With the agreement of the parties in open court on November 3, 2006 and with the consent of the defendant Dwight Gilchrist ("defendant"), the Court enters this order 1) ordering the next hearing in front of this Court to be on December 15, 2006 at 11:00 a.m., and 2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 3, 2006 to December 15, 2006. The parties agree, and the Court finds and holds, as follows:

///

///

///

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06 0538 SI]]

1. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until December 15, 2006 is necessary for effective preparation of counsel and for continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Defense counsel has just obtained discovery and needs adequate time to review the discovery as it relates to the underlying fraud charges. Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 3, 2006 to December 15, 2006, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

2. Accordingly, and with the consent of the defendant, the Court orders that 1) the next appearance in front of this Court will be December 15, 2006 at 11:00 a.m., and 2) the period from November 3, 2006 to December 15, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: January 3, 2007          /S/ Mark Vermeulen
                                Mark Vermeulen
                                Attorney for Dwight Gilchrist

DATED: January 3, 2007          /S/ Stacey P. Geis
                                Stacey P. Geis
                                Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____           _____
                                The Honorable Susan Illston
                                United States District Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06 0538 SI]        -2-