```
 1  KEVIN V. RYAN (CASBN 118321)
    United States Attorney
 2
    MARK L. KROTOSKI (CASBN 138549)
 3  Chief, Criminal Division

 4  STACEY P. GEIS (CSBN 181444)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102
       Telephone: (415) 436-7126
 7     Facsimile: (415) 436-7234

 8  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0538 SI |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| DWIGHT GILCHRIST, | |
| Defendant. | |

With the agreement of the parties in open court on December 15, 2006 and with the consent of the defendant Dwight Gilchrist ("defendant"), the Court enters this order 1) ordering the next hearing in front of this Court to be on February 23, 2007 at 11:00 a.m., and 2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from December 15, 2006 to February 23, 2007. The parties agree, and the Court finds and holds, as follows:

///

///

///

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06 0538 SI]]

1. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until February 23, 2006 is necessary for effective preparation of counsel and for continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Defense counsel has submitted to the Government several additional discovery questions which the Government needs to research. Further, defense counsel would like to time to effectively prepare the case, including conducting its own investigation. Given these circumstances, the Court finds that the ends of justice served by excluding the period from December 15, 2006 to February 23, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

2. Accordingly, and with the consent of the defendant, the Court orders that 1) the next appearance in front of this Court will be February 23, 2007 at 11:00 a.m., and 2) the period from December 15, 2006 to February 23, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: January 3, 2007        /S/ Mark Vermeulen
                              Mark Vermeulen
                              Attorney for Dwight Gilchrist

DATED: January 3, 2007        /S/ Stacey P. Geis
                              Stacey P. Geis
                              Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____         _____
                              The Honorable Susan Illston
                              United States District Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06 0538 SI]]            -2-