Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Defendant
DWIGHT GILCHRIST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 06-0538 SI |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [Proposed]** |
|  | ) **ORDER SHORTENING TIME FOR** |
| DWIGHT GILCHRIST, | ) **HEARING ON MOTION FOR ORDER** |
|  | ) **RELIEVING CURRENT COUNSEL** |
| Defendant. | ) |
|  | ) Hearing Date: March 9, 2007 |
|  | ) Time:   11:00 a.m. |

WHEREAS Defendant Dwight Gilchrist previously informed counsel Mark Vermeulen that Mr. Gilchrist has terminated their relationship and will be securing other counsel, and Mr. Gilchrist has informed counsel Vermeulen not to take further actions on behalf of Mr. Gilchrist; and

WHEREAS at the hearing held on February 23, 2007, counsel Vermeulen and Defendant Gilchrist informed the Court and counsel for the Government that Defendant Gilchrist had terminated counsel Vermeulen and would be securing other counsel; and

WHEREAS further grounds exist for the withdrawal of counsel because there exists a breakdown in the attorney-client relationship such that it is unreasonably difficult for Defendant Gilchrist and counsel Vermeulen to work together; and

WHEREAS the parties believe that it is in all parties' interest and the Court's interest to resolve the matter of representation at the earliest opportunity; therefore

/ / /

/ / /

-1-

1  IT IS HEREBY STIPULATED that the hearing on current defense counsel's motion for an order relieving him as counsel may be heard on shortened time this Friday, March 9, 2007 at 11:00 a.m., and defense counsel shall file the motion and serve a copy of the motion on counsel for the Government and on Defendant Gilchrist by Monday, March 5, 2007 at 5:00 p.m.

IT IS SO STIPULATED.

Dated: March 5, 2007

Scott N. Schools
U.S. Attorney
Stacey P. Geis
Asst. U.S. Attorney


By: /S/_____
Stacey P. Geis


Dated: March 5, 2007                /S/_____
Mark R. Vermeulen
Attorney for Defendant
DWIGHT GILCHRIST


**ORDER**

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the hearing on current defense counsel's motion for an order relieving him as counsel shall be heard on shortened time this Friday, March 9, 2007 at 11:00 a.m., and defense counsel shall file the motion and serve a copy of the motion on counsel for the Government and on Defendant Gilchrist by Monday, March 5, 2007 at 5:00 p.m.

IT IS SO ORDERED.

Dated: March ___, 2007              _____
SUSAN ILLSTON
United States District Judge

-2-