```
 1  JULIA M. JAYNE (State Bar No. 202753)
    E-Mail: jjayne@campbelljayne.com
 2  GAIL CAMPBELL (State Bar No. 196783)
    E-Mail: gcampbell@campbelljayne.com
 3  CAMPBELL & JAYNE LLP
    350 Sansome Street, Suite 650
 4  San Francisco, California 94104
    Telephone: (415) 623-3600
 5  Facsimile: (415) 623-3605

 6  Attorneys for Defendant
    DWIGHT GILCHRIST
 7
```

LAW OFFICES
CAMPBELL & JAYNE LLP
350 SANSOME STREET, SUITE 650
SAN FRANCISCO, CALIFORNIA 94104

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0538 SI |
| v. | **SUBSTITUTION OF COUNSEL** |
| DWIGHT GILCHRIST | |

- 1 -
SUBSTITUTION OF COUNSEL; CASE NO. CR 06 0538SI

DWIGHT GILCHRIST hereby substitutes CAMPBELL & JAYNE LLP, in place of MARK VERMEULEN, ESQ., as his attorney of record in this matter.

DATED this 23 day of March, 2007.          DWIGHT GILCHRIST

MARK VERMEULEN, ESQ. hereby acknowledges the above substitution.

DATED this 22d day of March, 2007          MARK VERMEULEN

CAMPBELL & JAYNE LLP agrees to be substituted in the place of MARK VERMEULEN in the above-entitled cause as attorneys for DWIGHT GILCHRIST.

DATED this 26 day of March, 2007           CAMPBELL & JAYNE LLP

JULIA JAYNE, ESQ.

GAIL CAMPBELL, ESQ.

IT IS SO ORDERED
Judge Susan Illston

- 2 -
SUBSTITUTION OF COUNSEL; CASE NO. 06 0538SI

LAW OFFICES
SIDEMAN LAW OFFICES
CAMPBELL & JAYNE LLP
350 SANSOME STREET, SUITE 650