JULIA M. JAYNE (State Bar No. 202753)
E-Mail: jjayne@campbelljayne.com
GAIL CAMPBELL (State Bar No. 196783)
E-Mail: gcampbell@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
DWIGHT GILCHRIST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DWIGHT GILCHRIST | Case No. CR 06-0538 SI<br><br>***EX PARTE* APPLICATION FOR ORDER PERMITTING TRAVEL, WITH APPROVAL OF U.S. PRETRIAL SERVICES AND THE U.S. ATTORNEY'S OFFICE;**<br>[~~Proposed~~] **Order** |

I, Julia Mezhinsky Jayne, declare:

1.  I represent Defendant Dwight Gilchrist in the above-entitled matter. He is currently released on a $100,000 unsecured bond, with his travel restricted to the Northern District of California. He would like to travel to Sacramento, California with his family from August 31, 2007 to September 3, 2007 for his son's soccer tournament.

2.  I have spoken with Pretrial Services Officer Paul Mamaril, who monitors and supervises Mr. Gilchrist. He informs me that he has no objection to the requested travel.

3.  I have also spoken with AUSA Traci Brown, who similarly informs me that she has no objection to the requested travel.

4.  Based on the foregoing, I respectfully request that the conditions of Mr. Gilchrist's release may be modified so that he may be permitted to remain outside of the Northern District of

California for the purposes of traveling to and from the Eastern District of California from Friday, August 31, 2007 to Monday, September 3, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 9, 2007

/S/ _____
Julia Mezhinsky Jayne
Attorney for Defendant
Dwight Gilchrist

## ORDER

Based on the foregoing, and good cause appearing:

IT IS HEREBY ORDERED that the conditions of Defendant Dwight Gilchrist's release shall be modified so that he may remain outside the Northern District for the purposes of traveling to and from Sacramento, California from August 31 to September 3, 2007; and

IT IS FURTHER ORDERED that Defendant Gilchrist shall provide to Pretrial Services information regarding Mr. Gilchrist's travel itinerary and contact information and shall otherwise comply with any other conditions imposed by Pretrial Services in connection with this travel.

IT IS SO ORDERED.

Dated: August __9__ 2007



Susan Illston
United States District Judge

-2-