SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6917
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> DWIGHT GILCHRIST, <br>     Defendant. | No. CR 06-538 SI <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL CONFERENCE FROM OCTOBER 9, 2007 TO OCTOBER 23, 2007** |

    Counsel for the government and Defendant hereby stipulate as follows:

    1.    The parties are currently scheduled to appear for a pretrial conference on October 9, 2007 at 3:30 p.m., with pretrial papers due beginning on October 2, 2007. Trial is set for October 29, 2007.

    2.    Last Thursday, counsel met to begin settlement discussions. However, lead counsel for the Defendant, Julia Jayne, is now out of the country and will not return to her office until September 20, 2007. Lead counsel for the government, AUSA Tracie L. Brown, will be out of the District on business from September 25, 2007 to October 1, 2007. The parties will thus have a very narrow window to continue plea discussions before pretrial papers are due.

    3.    Accordingly, the parties have agreed to move the pretrial conference from October

CR 06-538 SI
STIP. & [PROP.] ORDER RE PTC        1

1  9, 2007 to October 23, 2007 at 3:30 p.m. The October 23, 2007 date has been cleared by the
2  Court's courtroom deputy, Tracy Sutton. The trial date will remain October 29, 2007.
3      4.    Pursuant to the Court's standing order, pretrial papers will be due as follows:
4      <u>October 16, 2007</u>: Motions in limine.
5      <u>October 18, 2007</u>: The government shall file and serve: a trial brief, proposed
6  jury instructions, proposed verdict form, proposed voir dire, exhibit list, and copies of pre-
7  marked exhibits (service only).
8      <u>October 19, 2007</u>: Responses to motions in limine (no replies will be filed). In
9  addition, the defendant shall file and serve proposed jury instructions and proposed voir dire;
10 further, consistent with his right to an effective defense, the defendant shall also file and serve a
11 trial brief, witness list, exhibit list, and copies of pre-marked exhibits (service only).
12     5.    Pursuant to the original pretrial schedule and the parties' stipulation, the
13 government shall file and serve its witness list by Friday, October 5, 2007. The defense
14 understands and agrees that the government may amend that list prior to the trial date.

15 DATED: September 10, 2007    Respectfully submitted,

16     SCOTT N. SCHOOLS
17     United States Attorney

18     _____/s/_____
    TRACIE L. BROWN
19     Assistant United States Attorney

20 DATED: September 10, 2007

21     _____/s/_____
    GAIL CAMPBELL
22     Attorney for the Defendant

23         **[PROPOSED] ORDER**

24     Pursuant to stipulation, it is so ordered.

25 DATED: September 13, 2007

26     _____
27     THE HON. SUSAN ILLSTON
    United States District Judge
28

CR 06-538 SI
STIP. & [PROP.] ORDER RE PTC    2