1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 188349)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6917
7       Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,       )    No. CR 06-538 SI
                                    )
            Plaintiff,               )
14                                  )    **STIPULATION AND [PROPOSED]**
        v.                          )    **ORDER CONTINUING STATUS**
15                                  )    **HEARING FROM JANUARY 18, 2008**
    DWIGHT GILCHRIST,               )    **TO JANUARY 25, 2008**
16                                  )
            Defendant.              )
17  _____)

18

19      Counsel for the government and Defendant hereby stipulate as follows:

20      1.      The parties are currently scheduled to appear before the Court for a status hearing
21  on January 18, 2008 at 11:00 a.m. The case is set for trial on April 7, 2008.

22      2.      The parties are in the process of plea discussions, and need additional time to
23  determine whether they can agree upon a negotiated disposition. Accordingly, the parties request
24  the Court to continue the currently-scheduled status hearing for one week, to January 25, 2008 at
25  11:00 a.m.

26  ///

27  ///

28

CR 06-538 SI
STIP. & [PROP.] ORDER RE CONTINUANCE            1

3. The Court has previously ordered time to be excluded under the Speedy Trial Act until April 7, 2008, so there is no need for an additional order excluding time.

Respectfully submitted,

DATED: 1/16/08
JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
TRACIE L. BROWN
Assistant United States Attorney

DATED: 1/16/08

_____/s/_____
ROBERT WAGGENER
Attorney for the Defendant

### [PROPOSED] ORDER

Pursuant to stipulation, it is so ordered. The parties shall appear for a status hearing at 11:00 a.m. on January 25, 2008.

DATED: _____, 2008.

_____
THE HON. SUSAN ILLSTON
United States District Judge

CR 06-538 SI
STIP. & [PROP.] ORDER RE CONTINUANCE        2