JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    e-mail: tracie.brown@usdoj.gov
            jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> DWIGHT GILCHRIST, <br>     Defendant. | No. CR 06-538 SI <br><br> **STIPULATED MOTION TO STRIKE SURPLUSAGE FROM INDICTMENT (FED. R. CR. P. 7(d)) AND [PROPOSED] ORDER** <br><br> Trial Date:         April 7, 2008 <br> Pretrial Conference:   March 25, 2008 |

      Pursuant to Federal Rule of Criminal Procedure 7(d), the Defendant and the United States, by and through their undersigned counsel, hereby jointly submit this stipulated motion to strike the words "in excess of $1,000" from paragraph 12 (line 19) of the Indictment.

      The basis for this motion is the parties' acknowledgment that the language to be stricken is not an element of Counts 1-10, 18 U.S.C. § 656 (embezzlement), but merely relates to whether a violation is a felony or misdemeanor. The parties further agree that because Counts 1-6 of the Indictment do not allege amounts in excess of $1,000, those charges are misdemeanors that each

STIP'D MTN TO STRIKE SURPLUSAGE
06-538 SI

1  carry a statutory maximum sentence of 12 months' imprisonment, a $100,000 fine, one year of
2  supervised release, and a special assessment of $25.

4  DATED: March 18, 2008

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
TRACIE L. BROWN
Assistant United States Attorney

DATED: March 19, 2008

_____/s/_____
ROBERT F. WAGGENER
Attorney for the Defendant

### [PROPOSED] ORDER

Pursuant to the joint motion of the parties and Federal Rule of Criminal Procedure 7(d), IT IS SO ORDERED.

DATED: March __, 2008

_____
THE HON. SUSAN ILLSTON
United States District Judge

STIP'D MTN TO STRIKE SURPLUSAGE
06-538 SI                                                  2