ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:      (415) 431-4500
Fax:         (415) 255-8631
E-Mail:     rwlaw@mindspring.com

Attorney for Defendant DWIGHT GILCHRIST

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR06 0538 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR TRAVEL** |
| v. | |
| DWIGHT GILCHRIST, | |
| Defendant. | |
| _____/ | |

**IT IS HEREBY STIPULATED** by and between the parties that the following modification can be made to the conditions of release for defendant Dwight Gilchrist in the above-entitled case.

Defendant Dwight Gilchrist is allowed to travel outside the Northern District of California to the Eastern District of Virginia, for business-related training from June 16, 2008 through June 20, 2008. Mr. Gilchrist will be staying at the Crystal Gateway Marriott Hotel and the telephone number is: (703) 920-3230.

This Stipulation and [Proposed] Order is consistent with information provided to United States Pretrial Services Officer Paul Mamaril by counsel Robert Waggener and Mr. Gilchrist. Counsel has verified that Mr. Mamaril has no objection to the described modification of Mr. Gilchrist's release conditions, provided that Mr. Gilchrist presents an itinerary as to his travel and

1   lodging to Mr. Mamaril.  Counsel, Robert Waggener has verified that Mr. Gilchrist's travel

2   information has already been provided to Mr. Mamaril.

3          All other conditions of Mr. Gilchrist's release conditions are to remain in effect.

4

5   Dated:  June 6, 2008                  /s/

                                    ROBERT WAGGENER

6                                     Attorney for Defendant

7                                     DWIGHT GILCHRIST

8

9   Dated: June 6, 2008                  /s/

                                      TRACIE BROWN

10                                     Assistant United States Attorney

11

12          **IT IS SO ORDERED.**

13

14   Dated: _____

                                          _____

15                                     SUSAN ILLSTON

                                    United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28